FILED
1/22/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GARY LEE OSTERMILLER,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. ENGLAND, INC., and ANDREW CHASE LININGER,<br><br>Defendants. | CV 19-140-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendants have filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 12.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Accordingly, Defendants' counsel may appear by telephone at the February 4, 2020 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 22nd day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge